IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**EDWARD ALLAN WATTS**                                                                                    **PLAINTIFF**

**V.**                                   **CASE NO. 2:25-CV-2108**

**UNITED STATES COURTS and**
**PARTIES OTHER THAN THE UNITED STATES COURTS**                      **DEFENDANTS**

### ORDER

On October 8, 2025, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") (Doc. 5), finding that the Complaint should be dismissed for failure to state a claim. First, Magistrate Ford explained that Plaintiff's claim requesting the initiation of a criminal prosecution is without merit, as a private citizen cannot initiate a criminal prosecution. Second, the Magistrate Judge explained that Plaintiff's RICO claim is conclusory and inadequate to state a plausible claim. Third, the R&R explained why Plaintiff's "fraud upon the court" claim is not overcome by the doctrine of judicial immunity. And fourth, the R&R explained why Plaintiff's *Bivens* claim—if asserted against judges—is subject to dismissal due to judicial immunity.

On October 27, 2025, Plaintiff filed Objections (Doc. 6) to the R&R, and the Court conducted a *de novo* review of the entire record in response. Plaintiff's first objection—that the Magistrate Judge lacked authority to issue an R&R—is without merit. The Court referred the Motion for Leave to Proceed In Forma Pauperis and Motion for Service (Doc. 3) to the Magistrate Judge on September 16, 2025. Next, Plaintiff argues—for various reasons the Court finds difficult to follow—that his claims

are well stated and were brought against persons and/or entities that are subject to suit. The Court disagrees that any claims are appropriately stated.

Accordingly, **IT IS ORDERED** that the Objections are **OVERRULED**; the R&R is **ADOPTED IN ITS ENTIRETY**; the Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 10th day of November, 2025.

                                      */s/ Timothy L. Brooks*
                                      TIMOTHY L. BROOKS
                                      CHIEF UNITED STATES DISTRICT JUDGE